UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEILAH MALLORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cv-00639 |
| ) | CHIEF JUDGE CRENSHAW |
| CATERPILLAR FINANCIAL ) | |
| SERVICES CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons given in the accompanying Memorandum Opinion, Caterpillar's Motion for Summary Judgment (Doc. No. 28) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The May 22, 2017 pretrial conference and the May 30, 2017 trial are **CANCELED**.

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES CHIEF DISTRICT
JUDGE